In re LUCKENBACH S. S. CO., Inc.

THE FREDERICK LUCKENBACH.

(Circuit Court of Appeals, Second Circuit. November 1, 1926.)

No. 30.

Appeal from the District Court of the United States for the Southern District of New York; John Clark Knox, Judge.

For opinion below, see 16 F.(2d) 168.

Carter & Phillips, of New York City (Peter S. Carter, of New York City, of counsel), for appellant.

Harry S. Austin, of New York City (Russell H. Robbins, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Claimant founded his claim, and the court below rested its decision, on a defective condition of the winch, not at all upon faulty management of the winch.

We think the evidence fairly shows the defective condition alleged and found. The rest follows as a matter of course, and the decree is affirmed, with costs.